```
                                        FILED
                                  U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                  2002 SEP -5 AM 9:39

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SMOOTHIE KING FRANCHISES, INC.                CIVIL ACTION

VERSUS                                        NO. 01-2314

SCIASCIA RESTAURANTS, INC., ET AL.            SECTION "A"(1)


### J U D G M E N T

The Court having granted plaintiff's unopposed motion to enforce settlement (Rec. Doc. 33),

**IT IS ORDERED, ADJUDGED AND DECREED** that

1. Plaintiff, Smoothie King Franchises, Inc. ("SKFI"), is hereby awarded the amount of Two Hundred Thousand and 00/100 Dollars ($200,000.00) against defendant Sciascia Restaurants, Inc.;

2. Sciascia Restaurants, Inc., defendant in the above captioned action, and its agents, employees, and those acting by or under them, shall de-identify all premises and shall not use or display the SMOOTHIE KING name or any of SKFI's trademarks or service marks in any manner after July 15, 2002. Said action specifically applies to signs, point of



DATE OF ENTRY
SEP 05 2002

    sale materials, advertisements, menu boards, cups, paper goods, and any other items at any location;

3. All claims and counterclaims that were or could have been brought in this action are hereby dismissed on the merits, with prejudice;

4. The Settlement Agreement and Release located in the record as Exhibit 1 to Rec. Doc. 33 is deemed executed by all parties to this action and made a part hereof;

5. Each party shall bear its own costs and attorneys' fees.

New Orleans, Louisiana, this 4½ day of September, 2002.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2